**IT IS ORDERED as set forth below:**

**Date: March 18, 2020**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 19-62152-SMS |
| ISAAC HAMMETT, | ) |
| | ) CHAPTER 13 |
| Debtor. | ) |
| _____ | ) JUDGE SAGE M. SIGLER |
| | ) |
| | ) |
| ISAAC HAMMETT, | ) |
| | ) ADVERSARY NO. 19-05338 |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| STATEBRIDGE COMPANY, LLC, and | ) |
| WATERFALL VICTORIA GRANTOR | ) |
| TRUST II, SERIES G | ) |
| | ) |
| Defendants. | ) |

**SCHEDULING ORDER**

Upon review of the information contained in the Rule 26(f) Report completed and filed by the parties on February 21, 2020 (Doc. 6) and incorporated herein, it is **ORDERED** that the time limits and provisions stated in the Report are **APPROVED**.

**[END OF DOCUMENT]**

Proposed Order prepared and submitted by:

/s/ J. Rachel Scott
J. Rachel Scott
Georgia Bar No. 253048
Attorney for Plaintiff
Atlanta Legal Aid Society, Inc.
54 Ellis Street NE
Atlanta, GA 30303
Phone: 404-614-3986
Fax: 404-525-5710

Consented to by:

/s/ Bret Chaness
Bret Chaness
Georgia Bar No. 720572
Attorney for Defendants
Rubin Lublin, LLC
3145 Avalon Ridge Place
Suite 100
Peachtree Corners, GA 30071
(678) 281-2730
(404)921-9016 (fax)
bchaness@rubinlublin.com
ksale@rubinlublin.com