### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ISAAC HAMMETT,<br><br>　　Debtor. | Case No. 19-62152-sms<br>Chapter 13 |
| ISAAC HAMMETT,<br><br>　　Plaintiff,<br><br>v.<br><br>STATEBRIDGE COMPANY, LLC and WATERFALL VICTORIA GRANTOR TRUST II, SERIES G,<br><br>　　Defendants. | Adversary No. 19-05338 |

### JOINT MOTION TO EXTEND DEADLINES

COME NOW, Plaintiff Isaac Hammett and Defendants Statebridge Company, LLC and Waterfall Victoria Grantor Trust II, Series G (collectively, the "Parties"), and file this Joint Motion to Extend Deadlines, respectfully showing this Honorable Court as follows:

1. On February 21, 2020, the Parties filed their Report of Rule 26(f) Conference. [Doc 6]. The Report set forth various case deadlines which were approved by this Court in a Scheduling Order entered on March 18, 2020. [Doc. 7].

2. Relevant to this Motion are the discovery and dispositive motion deadlines. Discovery must be commenced in time to be completed by June 16, 2020, and dispositive motions must be filed by July 16, 2020. *See* [Doc. 6] at pp. 2, 5.

1

3. The Parties are currently engaged in good faith settlement negotiations and desire to extend these deadlines so that negotiations can continue without concurrently expending costs and time on further discovery. Additionally, if more discovery is needed, depositions will likely be required. The Plaintiff is elderly, and the Defendants are located out of state, which makes depositions extremely difficult to coordinate due to COVID-19.

4. The Parties request an extension of the discovery deadline by 90 days, to September 14, 2020, and an extension of the dispositive motion deadline by 90 days, to October 14, 2020.

WHEREFORE, the Parties pray for relief as follows:

a) That the Scheduling Order [Doc. 7] be amended so that all discovery must be commenced in time to be completed by September 14, 2020, and that all dispositive motions be filed by October 14, 2020; and

b) For any other relief that this Court deems just and proper.

Respectfully submitted, this 27th day of May 2020.

*/s/ Jeremey A. Striegel (by BJC w/ permission)*
J. Rachel Scott
Georgia Bar No. 253048
Jeremey A. Striegel
Georgia Bar No. 598429
*Counsel for Plaintiff Isaac Hammett*

ATLANTA LEGAL AID SOCIETY, INC.
54 Ellis Street NE
Atlanta, GA 30303
*Scott*: (404) 614-3986
*Striegel*: (404) 614-3947
(404) 525-5710 (Fax)
jrscott@atlantalegalaid.org
jstriegel@atlantalegalaid.org

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rlselaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of May 2020, I caused a copy of the within and foregoing to be filed by CM/ECF, which will serve notice on all parties.

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)