**IT IS ORDERED as set forth below:**

**Date: May 27, 2020**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ISAAC HAMMETT,<br><br>    Debtor. | Case No. 19-62152-sms<br>Chapter 13 |
| ISAAC HAMMETT,<br><br>    Plaintiff,<br><br>v.<br><br>STATEBRIDGE COMPANY, LLC and WATERFALL VICTORIA GRANTOR TRUST II, SERIES G,<br><br>    Defendants. | Adversary No. 19-05338 |

**CONSENT ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES**

This matter is before the Court on the Joint Motion to Extend Deadlines filed by Plaintiff Isaac Hammett and Defendants Statebridge Company, LLC and Waterfall Victoria Grantor Trust

1

II, Series G (collectively, the "Parties"). The Parties have requested to extend the discovery and dispositive motion deadlines so that they can conduct settlement negotiations and, if those fail, to continue discovery and schedule depositions with less disruption due to COVID-19. The deadlines are currently June 16, 2020 (discovery) and July 16, 2020 (dispositive motions). *See* [Docs. 6, 7].

For good cause shown, and with the consent of the Parties, the Motion is **GRANTED**. All discovery must be commenced in time to be completed by September 14, 2020, and all dispositive motions be filed by October 14, 2020.

# # #

**CONSENTED TO:**

*/s/ Jeremey A. Striegel (by BJC w/ permission)*  
J. Rachel Scott  
Georgia Bar No. 253048  
Jeremey A. Striegel  
Georgia Bar No. 598429  
*Counsel for Plaintiff Isaac Hammett*

ATLANTA LEGAL AID SOCIETY, INC.  
54 Ellis Street NE  
Atlanta, GA 30303  
*Scott*: (404) 614-3986  
*Striegel*: (404) 614-3947  
(404) 525-5710 (Fax)  
jrscott@atlantalegalaid.org  
jstriegel@atlantalegalaid.org

*/s/ Bret J. Chaness*  
BRET J. CHANESS (GA Bar No. 720572)  
**RUBIN LUBLIN, LLC**  
3145 Avalon Ridge Place, Suite 100  
Peachtree Corners, GA 30071  
(678) 281-2730 (Telephone)  
(404) 921-9016 (Facsimile)  
bchaness@rlselaw.com

## **Distribution List**

J. Rachel Scott
Jeremey Striegel
Atlanta Legal Aid Society, Inc.
54 Ellis Street NE
Atlanta, Georgia 30303

Bret Chaness
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071