### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **CASE NO. 19-62152-SMS** |
| **ISAAC HAMMETT,** ) | |
| ) | **CHAPTER 13** |
| Debtor. ) | |
| ) | **JUDGE SAGE M. SIGLER** |
| ) | |
| ) | |
| **ISAAC HAMMETT,** ) | |
| ) | **ADVERSARY NO. 19-05338** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| **STATEBRIDGE COMPANY, LLC, and** ) | |
| **WATERFALL VICTORIA GRANTOR** ) | |
| **TRUST II, SERIES G** ) | |
| ) | |
| Defendants. ) | |

### JOINT MOTION TO EXTEND DEADLINES

COME NOW, Plaintiff Isaac Hammett and Defendants Statebridge Company, LLC and Waterfall Victoria Grantor Trust II, Series G (collectively, the "Parties"), and file this Joint Motion to Extend Deadlines, respectfully showing this Honorable Court as follows:

1. On May 27, 2020, the Parties filed their first Joint Motion to Extend Deadlines [Doc 13]. The Motion set forth various case deadlines, which were approved by this Court in a Scheduling Order entered on May 27, 2020. [Doc. 14].

2. Relevant to this Motion are the discovery and dispositive motion deadlines. Discovery must be commenced in time to be completed by September 14, 2020, and dispositive motions must be filed by October 14, 2020. See [Doc. 14].

3. The Parties are currently engaged in good faith settlement negotiations, have made significant headway towards a resolution, and desire to extend these deadlines so that negotiations can continue without concurrently expending costs and time on further discovery. Additionally, if more discovery is needed, depositions will likely be required. The Plaintiff is elderly and the Defendants are located out of state, which makes depositions extremely difficult to coordinate due to COVID-19.

4. The Parties request an extension of the discovery deadline by 90 days, to December 13, 2020, and an extension of the dispositive motion deadline by 90 days, to January 12, 2021.

WHEREFORE, the Parties pray for relief as follows:

a) That the Scheduling Order [Doc. 14] be amended so that all discovery must be commenced in time to be completed by December 13, 2020, and that all dispositive motions be filed by January 12, 2021; and

b) For any other relief that this Court deems just and proper.

Respectfully submitted, this 11th day of September, 2020.

| | |
|---|---|
| */s/ Jeremey A. Striegel* | */s/ Bret J. Chaness (by JAS w/ permission)* |
| J. Rachel Scott (GA Bar No. 253048) | Bret J. Chaness (GA Bar No. 720572) |
| Jeremey A. Striegel (GA Bar No. 598429) | *Counsel for Defendants* |
| *Counsel for Plaintiff* | |
| ATLANTA LEGAL AID SOCIETY, INC. | RUBIN LUBLIN, LLC |
| 54 Ellis Street NE | 3145 Avalon Ridge Pl. Ste. 100 |
| Atlanta, GA 30303 | Peachtree Corners, GA 30071 |
| Scott: (404) 614-3986 | (678) 281-2730 |
| Striegel: (404) 614-3947 | (404) 921-9016 (Fax) |
| (404) 525-5710 (Fax) | bchaness@rlselaw.com |
| jrscott@atlantalegalaid.org | |
| jstriegel@atlantalegalaid.org | |

## CERTIFICATE OF SERVICE

    I hereby certify that on the 11th day of September, I caused a copy of the within and foregoing to be filed by CM/ECF, which will serve notice on all parties.

                                        */s/ Jeremey A. Striegel*
                                        Jeremey A. Striegel