**IT IS ORDERED as set forth below:**

Date: September 14, 2020

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **CASE NO. 19-62152-SMS** |
| **ISAAC HAMMETT,** ) | |
| ) | **CHAPTER 13** |
| Debtor. ) | |
| _____ ) | **JUDGE SAGE M. SIGLER** |
| ) | |
| ) | |
| **ISAAC HAMMETT,** ) | |
| ) | **ADVERSARY NO. 19-05338** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| **STATEBRIDGE COMPANY, LLC, and** ) | |
| **WATERFALL VICTORIA GRANTOR** ) | |
| **TRUST II, SERIES G** ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

This matter is before the Court on the Joint Motion to Extend Deadlines filed by Plaintiff Isaac Hammett and Defendants Statebridge Company, LLC and Waterfall Victoria Grantor Trust II, Series G (collectively, the "Parties"). [Doc. 17]. The Parties have requested to extend the discovery

and dispositive motion deadlines so that they can continue engaging in settlement negotiations and, if those fail, to continue discovery and schedule depositions with less disruption due to COVID-19. The deadlines are currently September 14, 2020 (discovery) and October 14, 2020 (dispositive motions). *See* [Doc. 14].

For good cause shown, and with the consent of the Parties, the Motion is **GRANTED**. All discovery must be commenced in time to be completed by December 13, 2020, and all dispositive motions be filed by January 12, 2021.

### [END OF DOCUMENT]

CONSENTED TO:

| | |
|---|---|
| */s/ Jeremey A. Striegel* | */s/ Bret J. Chaness* |
| J. Rachel Scott (GA Bar No. 253048) | Bret J. Chaness (GA Bar No. 720572) |
| Jeremey A. Striegel (GA Bar No. 598429) | *Counsel for Defendants* |
| *Counsel for Plaintiff* | |
| ATLANTA LEGAL AID SOCIETY, INC. | RUBIN LUBLIN, LLC |
| 54 Ellis Street NE | 3145 Avalon Ridge Pl. Ste. 100 |
| Atlanta, GA 30303 | Peachtree Corners, GA 30071 |
| Scott: (404) 614-3986 | (678) 281-2730 |
| Striegel: (404) 614-3947 | (404) 921-9016 (Fax) |
| (404) 525-5710 (Fax) | bchaness@rlselaw.com |
| jrscott@atlantalegalaid.org | |
| jstriegel@atlantalegalaid.org | |

### Distribution List

J. Rachel Scott
Jeremey Striegel
Atlanta Legal Aid Society, Inc.
54 Ellis Street NE
Atlanta, Georgia 30303

Bret Chaness
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071